UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARY PROFFITT, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:24-cv-32 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| NORTHEASTERN LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ENTRY AND ORDER GRANTING MOTION TO STRIKE AND REPLACE
(DOC. NO. 31)**

This action is now before the Court on the Motion to Strike and Replace (Doc. No. 31) of Defendant Northeastern Local School District Board of Education (the "School Board"). Due to a good faith filing error by defense counsel, the School Board moves to strike the affidavits contained in Doc. Nos. 23 and 25, and, replace them with updated affidavits, currently docketed as Doc. Nos. 31-1 and 31-2. (Doc. No. 31.) For good cause, the Court **GRANTS** the School Board's Motion to Strike and Replace (Doc. No. 31.) The Clerk is directed to **STRIKE** the affidavits contained in Doc. Nos. 23 and 25. However, rather than directing the Clerk to replace Doc. Nos. 23 and 25, Defense counsel is hereby **ORDERED** to remedy his filing error, if he so chooses, by filing the affidavits contained in Doc. Nos. 31-1 and 31-2 as standalone documents, along with any accompanying exhibits thereto, by 11:59 PM on Friday, April 11, 2025, the date of this Order.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, April 11, 2025.

                                                s/Thomas M. Rose

                                         _____
                                                  THOMAS M. ROSE
                                      UNITED STATES DISTRICT JUDGE